IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                            CR. NO. 03-20466-Ma

RUDY E. BELTRAN,

   Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the April 26, 2005, motion of the Defendant, Rudy E. Beltran, for a continuance of the suppression hearing set for May 11, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Wednesday, May 25, 2005 at 9:00 a.m.**

**IT IS SO ORDERED** this the 5th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:03-CR-20466 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT