IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | *Filed in Open Court* |
| Plaintiff, | * | *9-23-05 jlee* |
| vs. | * | No. 03-20466-MA |
| RUDY BELTRAN, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Counts 1 and 2 of the Indictment in the above-entitled and numbered criminal case as to RUDY BELTRAN is hereby GRANTED.

DONE at Memphis, Tennessee, this 23d day of ~~August~~ September, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:03-CR-20466 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT