UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 30 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        Case Number 03-20466-Ma

RUDY E. BELTRAN,

        Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Rudy E. Beltran is dismissed in accordance with the Order Granting Motion to Dismiss Indictment, docketed September 28, 2005.

**APPROVED:**

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 30, 2005
(DATE)

THOMAS M. GOULD
CLERK

_/s/_
(by) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-4-05_

141

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:03-CR-20466 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Honorable Samuel Mays
US DISTRICT COURT