IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 03-20466-Ma

RUDY E. BELTRAN,

    Defendant.

ORDER GRANTING MOTION FOR EXCESS COMPENSATION
AND CERTIFYING COUNSEL'S FEE REQUEST

Before the court is the October 26, 2005, motion of Robert C. Irby, counsel for the defendant Rudy E. Beltran, for certification and approval of attorney fees in excess of the statutory standard. For good cause shown, the motion is granted and the court approves the amounts set out in counsel's CJA 20 form. In accord with 18 U.S.C. §3006A(d)(3), the court certifies that the representation provided by Mr. Irby in this matter was extended and that the excess payment is necessary to provide for fair compensation.

It is so ORDERED this 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 2:03-CR-20466 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT